**Opinion issued July 3, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00141-CV

————————————

**MARCUS HUNTER, Appellant**

**V.**

**SHOAIB SIDDIQI, Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Case No. 1241409**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on May 15, 2025.  On June 3, 2025, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice.  Appellant did not file a brief or motion for extension.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3; 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.